UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ENEA, et al.,<br><br>　　　　Plaintiffs,<br>　　v.<br>GALEN JONES, et al.,<br><br>　　　　Defendants. | Case No.  14-cv-01526-JD<br><br>**ORDER TO SHOW CAUSE** |

By an order dated April 18, 2014, this Court set a case management conference in this matter for August 20, 2014 at 1:30 p.m.  Dkt. No. 19.  The Court's Standing Order for Civil Cases, which was specifically referred to in the April 18 order, requires that "each party shall be represented at the case management conference by lead counsel" and also advises parties that "[f]ailure of lead counsel to appear may result in sanctions."

On Wednesday, August 20, 2014, the Court held the initial case management conference as scheduled.  Michael L. Smith, counsel for defendant Financial Independence Group, Inc., did not appear.

Accordingly, Mr. Smith is hereby ordered to show cause in writing as to why the Court should not impose monetary sanctions on him in the amount of $500.00.  The response to this Order to Show Cause is due by 5:00 p.m. on Friday, August 22, 2014.

**IT IS SO ORDERED.**

Dated: August 20, 2014

_____
JAMES DONATO
United States District Judge