UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ENEA, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GALEN JONES, et al.,<br><br>  Defendants. | Case No. 14-cv-01526-JD<br><br>**ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**<br><br>Re: Dkt. No. 78 |

Defendant Galen Jones, who is now proceeding pro se, seeks permission of the Court to participate in electronic case filing in this case. Dkt. No. 78. Having considered Mr. Jones's motion and finding that good cause exists, the Court grants the motion.

Mr. Jones is advised that he must comply with the Federal Rules of Civil Procedure and all applicable local rules and general orders. Mr. Jones must also comply with Judge Donato's Standing Orders for civil cases (available on the Court's website at http://cand.uscourts.gov/jdorders), including those provisions in the Standing Order for Civil Cases before Judge James Donato that require parties to lodge paper chambers copies for certain types of documents that have been e-filed.

**IT IS SO ORDERED**.

Dated: December 5, 2014

_____
JAMES DONATO
United States District Judge