1  Michael L. Smith (State Bar No. 160305)
     mls@manningllp.com
2  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
3  121 Spear Street, Suite 200
   San Francisco, California 94105-1582
4  Telephone: (415) 217-6990
   Facsimile: (415) 217-6999
5
   Attorneys for Defendant,
6  FINANCIAL INDEPENDENCE GROUP, INC.

7

8                    UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

| 11 CHARLES ENEA and JOHN ENEA, ENEA INSURANCE SERVICES, INC., | Case No. 3:14-CV-01526-JD |
|---|---|
| 12         Plaintiffs, | **NOTICE OF SETTLEMENT, STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANTS FINANCIAL INDEPENDENCE GROUP, INC. AND GALEN JONES, a/k/a GALEN ADDIEGO, dba GOVERNMENT BENEFIT ANALYSTS** |
| 13     v. | |
| 14 GALEN JONES, a/k/a GALEN ADDIEGO, dba GOVERNMENT BENEFIT ANALYSTS, FINANCIAL INDEPENDENCE GROUP, INC., GREAT AMERICAN FINANCIAL RESOURCES aka GREAT AMERICAN INSURANCE GROUP, AVIVA LIFE AND ANNUITY COMPANY, AMERICAN INVESTORS LIFE, AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY AND DOES 1 THROUGH 100, | Honorable James Donato |
| 20         Defendants. | |

21

22     Plaintiffs CHARLES ENEA and JOHN ENEA, ENEA INSURANCE SERVICES, INC.

23 ("Plaintiffs") and Defendants FINANCIAL INDEPENDENCE GROUP, INC. and GALEN

24 JONES, a/k/a GALEN ADDIEGO, dba GOVERNMENT BENEFIT ANALYSTS ("Defendants"),

25 by their undersigned counsel, hereby stipulate and agree as follows:

26     1.     Plaintiffs CHARLES ENEA and JOHN ENEA, ENEA INSURANCE SERVICES,

27 INC. and Defendants FINANCIAL INDEPENDENCE GROUP, INC. and GALEN JONES, a/k/a

28 GALEN ADDIEGO, dba GOVERNMENT BENEFIT ANALYSTS have resolved all of Plaintiffs'

claims against Defendants in this action. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs' claims against Defendants are dismissed, with prejudice; and

    2.    Each party shall bear its own attorneys' fees and costs.

DATED: March 27, 2015    **THE JOHNSON LAW FIRM**

By:    /s/ Ronald Johnson
Ronald Johnson
Attorneys for Plaintiffs, CHARLES ENEA and JOHN ENEA, ENEA INSURANCE SERVICES, INC.

DATED: March 27, 2015    **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By:    /s/ Michael L. Smith
Michael L. Smith
Attorneys for Defendant, FINANCIAL INDEPENDENCE GROUP, INC.

DATED: March 27, 2015    **GALEN JONES, a/k/a GALEN ADDIEGO, dba GOVERNMENT BENEFIT ANALYSTS** *in pro per*

By:    /s/ Galen Jones
Galen Jones for
GALEN JONES, a/k/a GALEN ADDIEGO, dba GOVERNMENT BENEFIT ANALYSTS *in pro per*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March ___, 2015    By: _____
Honorable James Donato
United States District Judge