1  Michael L. Smith (State Bar No. 160305)
     *mls@manningllp.com*
2  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
3  121 Spear Street, Suite 200
   San Francisco, California 94105-1582
4  Telephone: (415) 217-6990
   Facsimile: (415) 217-6999
5
   Attorneys for Defendant,
6  FINANCIAL INDEPENDENCE GROUP, INC.

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

| | |
|---|---|
| 11  CHARLES ENEA and JOHN ENEA, ENEA INSURANCE SERVICES, INC., | Case No. 3:14-CV-01526-JD |
| 12              Plaintiffs, | **NOTICE OF SETTLEMENT, STIPULATION AND [~~PROPOSED~~] ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANTS FINANCIAL INDEPENDENCE GROUP, INC. AND GALEN JONES, a/k/a GALEN ADDIEGO, dba GOVERNMENT BENEFIT ANALYSTS** |
| 13         v. | |
| 14  GALEN JONES, a/k/a GALEN ADDIEGO, dba GOVERNMENT BENEFIT ANALYSTS, FINANCIAL INDEPENDENCE GROUP, INC., GREAT AMERICAN FINANCIAL RESOURCES aka GREAT AMERICAN INSURANCE GROUP, AVIVA LIFE AND ANNUITY COMPANY, AMERICAN INVESTORS LIFE, AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY AND DOES 1 THROUGH 100, | Honorable James Donato |
| 20              Defendants. | |

21

22        Plaintiffs CHARLES ENEA and JOHN ENEA, ENEA INSURANCE SERVICES, INC.

23  ("Plaintiffs") and Defendants FINANCIAL INDEPENDENCE GROUP, INC. and GALEN

24  JONES, a/k/a GALEN ADDIEGO, dba GOVERNMENT BENEFIT ANALYSTS ("Defendants"),

25  by their undersigned counsel, hereby stipulate and agree as follows:

26        1.     Plaintiffs CHARLES ENEA and JOHN ENEA, ENEA INSURANCE SERVICES,

27  INC. and Defendants FINANCIAL INDEPENDENCE GROUP, INC. and GALEN JONES, a/k/a

28  GALEN ADDIEGO, dba GOVERNMENT BENEFIT ANALYSTS have resolved all of Plaintiffs'

**NOTICE OF SETTLEMENT,  STIPULATION AND [~~PROPOSED~~]**
**ORDER FOR VOLUNTARY DISMISSAL**

1  claims against Defendants in this action. Pursuant to Rule 41(a) of the Federal Rules of Civil

2  Procedure, Plaintiffs' claims against Defendants are dismissed, with prejudice; and

3        2.      Each party shall bear its own attorneys' fees and costs.

4  DATED:  March 27, 2015         **THE JOHNSON LAW FIRM**

5

6                                 By:       /s/ Ronald Johnson

7                                      Ronald Johnson
      Attorneys for Plaintiffs, CHARLES ENEA and

8                                      JOHN ENEA, ENEA INSURANCE SERVICES, INC.

9

10  DATED:  March 27, 2015         **MANNING & KASS**

11                                           **ELLROD, RAMIREZ, TRESTER LLP**

12

13                                 By:       /s/ Michael L. Smith

14                                      Michael L. Smith
      Attorneys for Defendant, FINANCIAL

15                                      INDEPENDENCE GROUP, INC.

16

17  DATED:  March 27, 2015         **GALEN JONES, a/k/a GALEN ADDIEGO, dba GOVERNMENT BENEFIT ANALYSTS *in pro per***

18

19

20                                 By:       /s/ Galen Jones

      Galen Jones for

21                                      GALEN JONES, a/k/a GALEN ADDIEGO, dba GOVERNMENT BENEFIT ANALYSTS *in pro per*

22

23

24  PURSUANT TO STIPULATION, IT IS SO ORDERED.

25

26  DATED:  March  30 , 2015       By:

27                                      Honorable James Donato
      United States District Judge

28

                              2             Case No. 3:14-CV-01526-JD

**NOTICE OF SETTLEMENT,  STIPULATION AND [PROPOSED]
ORDER FOR VOLUNTARY DISMISSAL**

*MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP*